UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| CHARLES BROOKS | * | CIVIL ACTION NO. 16-0676 |
| --- | --- | --- |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| GEORGIA PACIFIC, L.L.C. HOURLY PENSION PLAN, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 30] filed by Defendant Georgia Pacific, L.L.C. Hourly Pension Plan is hereby **DENIED**.

**MONROE, LOUISIANA, this 25th day of April, 2017.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE